# Exhibit D

```
 1

 2              UNITED STATES DISTRICT COURT

 3                   DISTRICT OF ARIZONA

 4                      DIVISION ONE

 5

 6   ROSEMARY GUADIANA,             )
                                    )
 7               Plaintiff,         )
                                    )
 8   vs.                            )   No. 07-CV-00326
                                    )       TUC-FRZ (GEE)
 9   STATE FARM FIRE AND CASUALTY   )
     CO.,                           )
10                                  )
                 Defendant.         )
11                                  )

12

13
         VIDEOTAPED DEPOSITION OF DENNY R. HENDERSON
14

15
                       Tucson, Arizona
16                      May 14, 2009
                         9:11 a.m.
17

18

19
              JULIANNE ROESLY, RPR, CR, CSR
20            CR #50302 (AZ), CSR #7756 (CA)
              EATON, GREEN & WILLIAMS, INC.
21               549 North Sixth Avenue
                 Tucson, Arizona 85705
22            (520)623-0593   (800)759-9022

23

24

25
```

```
1      A.  Very little.
2      Q.  And none of that included polybutylene;
3  right?
4      A.  I'm sure some of it did because I -- I have
5  taken fittings out and replaced them.  You know,
6  when you're a plumber, you're a plumber 24 hours a
7  day.  You help your friends, you work on the
8  weekends.  I have -- I have experience doing some
9  that, but I didn't do it as a general day-to-day
10 routine.
11     Q.  It wasn't part of your TD Industries job;
12 right?
13     A.  No.
14     Q.  It was something that you just did to help
15 people that you knew; right?
16     A.  That and we had -- we had issues sometimes
17 where we had to go out in the middle of the night
18 and -- before a job was finished, we had to correct
19 a problem.  I've done a lot of repair work like
20 that.
21     Q.  Okay.  Involving polybutylene?
22     A.  Some.
23     Q.  Okay.  So when you were doing work for
24 friends of yours, you've run across a situation
25 where a friend's polybutylene piping leaked for one
```

1  reason or another?

2      A.  Yes.

3      Q.  And you -- you went and fixed that leak?

4      A.  Yes.

5      Q.  In the times that you did that for them,

6  did you -- for your friends, did you install any

7  brand-new plumbing systems for them?

8      A.  No.

9      Q.  You fixed the leak and that was the end of

10 it; right?

11     A.  I had a limited amount of time.  I helped

12 with what I could and I went back home.

13     Q.  So you got their -- they got their water

14 back on; right?

15     A.  Yes.

16     Q.  In fact, is it your understanding in this

17 case that Ms. Guadiana's leak got fixed in that

18 kind of way?

19     A.  I'm not sure that I know that.  I only know

20 what I've read about it.

21     Q.  Is it your understanding that -- that she

22 had a ruptured pipe at some point?

23     A.  Yes.

24     Q.  And are you aware that her nephew came and

25 put a coupling in that pipe to repair it?

1    A.   No.

2    Q.   Did you review any pictures of
3  Ms. Guadiana's home or piping in this case?

4    A.   No.  I have looked at hundreds of homes
5  here in Tucson that were replumbed.

6    Q.   But not Ms. Guadiana's?

7    A.   No.

8    Q.   I want to be sure I understand kind of the
9  progression of responsibilities that you had at
10 TD Industries.

11        You started out as a plumber's helper;
12 right?

13   A.   Yes.

14   Q.   And then you got your license and you were
15 a licensed plumber for TD Industries; correct?

16   A.   Yes.

17   Q.   And you were doing new installations in
18 apartment --

19   A.   Apartments.

20   Q.   Okay.  And that was the kind of work that
21 you were doing into 1982; is that right?

22   A.   Yes.

23   Q.   And then in 1982, your job changed at
24 TD Industries?

25   A.   Yes.

Page 85

1    A.  No.

2    Q.  You couldn't say whether some processes

3  were better than others or anything in that regard;

4  correct?

5    A.  They didn't -- they didn't ask me to help

6  with this for that kind of knowledge.

7    Q.  You're not offering any opinions in this

8  case about manufacturing of PB pipe; right?

9    A.  No.

10   Q.  What are the types of failure modes -- do

11 you understand the term "failure mode"?

12   A.  Why don't you explain it to me.

13   Q.  Maybe I'll use some other words if that

14 doesn't ring a bell for you.

15       What are the ways in which plumbing systems

16 that are constructed which polybutylene can leak?

17   A.  It can leak because the installation was

18 improper with the -- with the tools that were used,

19 the crimping tool because the crimping tool was not

20 calibrated properly.

21       They -- they can -- they could have been

22 overtightened or undertightened.

23       They could -- the pipe could be installed

24 improperly where it was put in too tight of an arc

25 when they made a turn with the pipe.

520-623-0593    EATON, GREEN & WILLIAMS, INC.    800-759-9022

1      It could be crimped during the process of
2  dragging it through a drilled hole through --
3  through wood construction.
4      It could have been crimped, which would
5  have basically ruined it for new installation.
6      Q.  And I'm -- just to be sure, I -- you're
7  talking about a worker who's carrying polybutylene
8  pipe on a job site who damages it somehow before
9  they install it?
10     A.  Yes.
11     Q.  Okay.  Would -- would -- I think I've seen
12 in some documents that CPRC termed that "abuse,"
13 not meaning anything mean-spirited about it --
14     A.  Right.
15     Q.  -- but that would be an abuse situation?
16     A.  Yes, sir.
17     Q.  Okay.  Which would also be like putting a
18 nail through the pipe when you were installing it
19 or somebody who came later and did that?
20     A.  Yeah, yes.
21     Q.  Okay.  So there are situations where leaks
22 are caused because the pipe is mishandled before
23 it's ever installed, I think is what you were
24 saying?
25     A.  Yes.

1  Q. And then after it's installed, other abuse
2  situations can come up where somebody, you know,
3  presumably by accident puts a nail or screw through
4  it or something like that and you get a leak;
5  right?
6  A. Yes.
7  Q. Okay. What other types of -- what other
8  causes of leaks have you seen with polybutylene
9  piping in, you know, homes or apartments?
10  A. In the beginning, I -- I saw a lot of
11  fittings that were just crimped improperly that
12  we -- that we inspected.
13  Q. Well, we talked about -- I'm just trying to
14  get a list and then maybe we can ask more
15  questions.
16  You talked about an improper tool
17  calibration which would be bad crimping; right?
18  A. Yes.
19  Q. You talked about improper pipe
20  installation, bending it too much, too tight an arc
21  when you install it; right?
22  A. Yes.
23  Q. And then we talked about these abuse
24  situations that can cause leaks; right?
25  A. Yes.

1  Q. Are there other things I can add to my list
2  here as far as the types of failures that you see?
3  A. Probably the most common was just a -- a
4  misalignment. When the plumber used the crimping
5  tool, he didn't get everything lined up and
6  straight and uniform and it made a real obvious
7  impression on the crimp ring that it was not done
8  adequately.
9  Q. So that would be a situation where you
10 crimp to a fitting and there was stress put on that
11 fitting. Is that what you're describing?
12 A. Uneven stress around the fitting.
13 Q. And that would ultimately cause the fitting
14 to crack. Is that what you're telling me?
15 A. I would say, yes.
16 Q. What other kinds of failures? I'm still
17 making my list here.
18 A. I don't know what always caused it, but we
19 did have a lot of fittings that just broke. They
20 became weak and they broke.
21 Q. And they became weak for reasons you don't
22 know?
23 A. I don't know for a fact. I just -- I saw
24 so many of them break that I know there's something
25 wrong with them.

1  Q. Are you aware that Spartan Plumbing had a
2  repipe division and a repair division?
3  A. I know that they had a repipe division
4  because they -- I think they still do.
5  Q. Are you aware whether they have a repair
6  division, as well?
7  A. No, I don't know that.
8  Q. So if -- if -- and I'll just tell you that
9  Spartan Plumbing is the company that -- that did
10 the repipe of Ms. Guadiana's home in this case;
11 okay?
12 A. Okay.
13 Q. Did you know that?
14 A. If you'd have asked me who did it, I
15 probably couldn't have told you, but that does ring
16 a bell, now that you mention it.
17 Q. And we deposed a representative of
18 Spartan Plumbing who testified that they have a --
19 a repair division and that a percentage of their
20 work is in repairs rather than repipes to -- to
21 polybutylene; okay?
22      Do -- do you have any reason to refute
23 whether Spartan Plumbing actually does repair work
24 or not?
25 A. I don't have any idea.

1  been on the northeast coast, New Jersey had quite a
2  few.
3     Q. Would you agree that there -- given that
4  explanation, that there are large portions of the
5  United States that did not have polybutylene
6  prevalently used?
7     A. Yes.
8     Q. You agree with that statement?
9     A. Yes.
10    Q. You are aware of contractors who repair
11 polybutylene piping when it leaks by means other
12 than replacing it; right?
13    A. Yes.
14    Q. And you would agree that polybutylene can
15 be repaired without replacing it; right?
16    A. No.
17    Q. So there are contractors out there that are
18 making repairs that should not be allowed to do
19 so? What's the basis of your disagreement?
20    A. Well, I think they should tell the
21 homeowner that although I'm repairing this -- this
22 leak, that you're probably going to have more
23 leaks.
24    Q. Let's take a homeowner who has one of these
25 homes that requires a $5,000 repipe job. Would you

1    A.  Whatever the amount is, that's -- that's
2    what I would have recommended.
3    Q.  If it was -- you would have recommended
4    that they do that; right?
5    A.  Yes, sir.
6    Q.  What are the options to a homeowner who
7    doesn't have the $5,000 to repipe their house?
8    A.  I don't know.
9    Q.  Would you expect that some of those people
10   would make the choice to do a repair of where the
11   leak was rather than repipe the house?
12   A.  Sure, yes.
13   Q.  And in any given situation like that, you
14   can't tell me how long that repair would hold or
15   when the plumbing would leak again or anything like
16   that, could you?
17   A.  Absolutely not.
18   Q.  And you're not offering any opinion in this
19   case as to how long a repair, although I understand
20   you wouldn't recommend it, but how long a repair
21   that does not involve a repipe, how long that
22   repair will last?
23   A.  I have no idea.
24   Q.  And you're not offering any opinion in this
25   case as to how long it will take after a

Page 142

1  polybutylene system has a first leak until there's
2  a second leak; right?
3      A.  I couldn't tell anyone that.
4      Q.  And would you agree with me that, in fact,
5  in the -- in the process of CPRC paying claims, in
6  some circumstances, they required more than just
7  one leak before they would pay on a claim; right?
8      A.  Yes.
9      Q.  And that includes if there was a fitting
10 failure as the first leak, that -- that you could
11 not get payment on a claim if the first leak and
12 the only leak at that point in time was a fitting
13 failure?
14     A.  I -- I'm pretty sure that's right.
15     Q.  Okay.  The -- the -- and I've reviewed the
16 documents and we'll look at them.  I just want to
17 see what you recall and what I understand is the
18 only circumstance that would allow you to get a
19 full repipe through the CPRC based on one leak was
20 if it was a pipe leak.
21     A.  Yes, that's right.
22     Q.  Meaning the PB pipe material itself; right?
23     A.  Yes.
24     Q.  And would you agree that there were people
25 out there who had one -- whose first leak was a

```
1        A.   Those are all valves.
2        Q.   Valves were excluded under the CPRC
3   settlement?
4        A.   Yes, sir.
5        Q.   Okay.  So if there was a leak at a valve,
6   you didn't get any recovery through CPRC?
7        A.   No.
8        Q.   If -- were valves made of polybutylene?
9        A.   No, they were acetal.
10       Q.   So if somebody had a leaky valve, what were
11  they supposed to do?
12       A.   I never had anybody ask me that, so I don't
13  know.
14       Q.   Okay.  If you walked into a house and they
15  had a polybutylene plumbing system and -- and one
16  of these valves was leaking, what would you do?
17       A.   It might depend on how bad it's leaking.
18  If it were dripping, I might try to just replace
19  it.
20       Q.   Replace that valve?
21       A.   Yes.
22       Q.   Okay.  In -- in your experience with
23  polybutylene leaks, have -- have you seen
24  situations where they're slow kind of seeping leaks
25  and other situations where there are ruptures?
```

1  BY MR. WALKER:

2     Q. Before we took a break, we were looking at

3  page 17, and I wanted to just finish up on that

4  page.

5        In the bottom right-hand corner, there are

6  pictures of what says "Pipes and Risers."

7     Do you see that?

8     A. Yes.

9     Q. And what's a -- what's a riser? You talked

10 about that earlier.

11    A. It's that little small tube that goes from

12 your cutoff valve under your sink up to the faucet.

13    Q. So that's -- risers are not used behind the

14 wall; right?

15    A. No.

16    Q. It would be like in the vanity cabinet or

17 something like that?

18    A. Yes, sir, under the sink, kitchen sink.

19    Q. And if there was a leak in a riser, that

20 was an excluded, nonqualifying leak under the CPRC;

21 correct?

22    A. I believe that's right, yes.

23    Q. Do you know why that's the case?

24    A. I don't.

25    Q. I also noted in this document that leaks

1     A. I don't think there was anything written
2 about that. I don't recall.
3     Q. You just don't -- don't recall. I thought
4 I might have seen something. I thought I'd ask
5 you.
6     A. There is something written, but I don't
7 think that it disqualifies someone from --
8     Q. So you -- you think CPRC might have been
9 paying if an animal chewed through a line?
10     A. If it was clear that -- and this happened a
11 lot where -- where a rat or a mouse would be
12 needing water and they'll chew a hole until they
13 get water, if that were the case, then that would
14 not qualify the homeowner for any kind of relief.
15     Q. On page 43 of Exhibit 5, and I'm using
16 the -- you're on 51. I'm using the PL numbers.
17 Now we're getting off track.
18     A. I'm sorry, I saw that 43 there.
19     Q. I knew that would happen.
20     A. 43.
21     Q. PL-DH-00043. There we go.
22     You see that there -- that page shows
23 essentially an inspection checklist?
24     A. Yes, sir.
25     Q. And at -- at the bottom of the document,

# Exhibit E



# SPARTAN PLUMBING

October 11, 2004

Rosemary Guadiana
2570 W. Glenbrook Way
Tucson, AZ 85741

Dear Rosemary

This bid is to replace gray polybutalene water pipes with pex pipe.

This bid does include removal and replacement of drywall.
This bid does not include paint, tile, wall paper, popcorn ceilings, marble, stucco, blown insulation, or any kind of insulation.

Your re pipe is scheduled to start on (October 11, 2004) and the drywall replacement is scheduled for (October 15, 2004). Someone will have to be home all day for the inspector on October 14, 2004.

**During the time of inspection it will not be Spartan Plumbing responsibility for any plumbing needs **that will not meet code.** Please note this will be an additional charge to the customer to bring these items up to code. **PLEASE INITIAL** _____.

This bid includes a warranty of 10 years on parts and labor.

QUOTED PRICE:  $3400.00 PLUS TAX

First day of job:
   Collect ½ down:   $1783.98        $567.96 on Visa
Plumbing completion:
   Collect ¼ down:   $891.99    $1,500.00 ck # 6167 (cash)
Drywall completion:                Pd. $891.99 ck # 277 - 10/14/04
   Collect ¼ down:   $891.99    Pd. 608.01 Visa  $608.01

TOTAL COLLECTED   $3567.96

APPROVED _____   ACCEPTED _Rosemary Guadiana_

Pd. in full 10/15/04

Mike Gesty, Owner
ROC - C37R-086410 • ROC - L37-086417

PL 00001

ROC196990
K-37

**SPARTAN PLUMBING**
4224 East Speedway
Tucson, Arizona 85712
(520) 886-4159 / (520) 623-1206

10407

| ☐ SERVICE ☐ INSTALL | ☐ WILL CALL ☐ DELIVER | PHONE 237-3197 | DATE 9/21/4 |
|---|---|---|---|

NAME Rose
2570 W. 6 Tenbrook way APT
T/A 857

ITEM TO BE SERVICED
Poly repipe

| QUANTITY | DESCRIPTION OF PARTS OR SERVICES | AMOUNT |
|---|---|---|
| | This Bid is to replace all poly inside of house with pex piping. This includes drywall and texture with a 10 year warranty on parts and labor. | |
| | No paint, tile, marble, stucco, wallpaper or any type of insulation    3500.00 | + TAX |
| | no drywall or texture    2900.00 | + TAX |

LABOR PERFORMED
off 200.00 off
Schedule by
Monday 9-24

| | TOTAL MATERIAL | |
| | TAX | |
| | TOTAL LABOR | |
| | TOTAL | |

ORIGINAL    REPAIR ORDER

| DATE WANTED | DEPOSIT | REC'D BY Jeb Sacdoval |

ESTIMATES ARE FOR LABOR ONLY. MATERIAL ADDITIONAL. WE WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE CAUSED BY FIRE, THEFT, TESTING OR ANY OTHER CAUSES BEYOND OUR CONTROL.

Authorized By ✗

PL 00002



# SPARTAN PLUMBING

October 11, 2004

Rosemary Guadiana
2570 W. Glenbrook Way
Tucson, AZ 85741

Dear Rosemary

This bid is to replace gray polybutalene water pipes with pex pipe.

This bid does include removal and replacement of drywall.
This bid does not include paint, tile, wall paper, popcorn ceilings, marble, stucco, blown insulation, or any kind of insulation.

Your re pipe is scheduled to start on **(October 11, 2004) and the drywall replacement is scheduled for (October 15, 2004). Someone will have to be home all day for the inspector on October 14, 2004.**

**During the time of inspection it will not be Spartan Plumbing responsibility for any plumbing needs <u>that will not meet code.</u> Please note this will be an additional charge to the customer to bring these items up to code. **PLEASE INITIAL**_____.

This bid includes a warranty of 10 years on parts and labor.

QUOTED PRICE: $3400.00 PLUS TAX

First day of job:
    Collect ½ down:    $1783.98
Plumbing completion:
    Collect ¼ down:    $891.99
Drywall completion:
    Collect ¼ down:    $891.99

TOTAL COLLECTED    $3567.96

(PAID IN FULL: $3,567.96)

APPROVED_____ ACCEPTED_____

Mike Gesty, Owner
ROC 196990 • K-37

1002 S. Campbell Ave. • Tucson, Arizona • 85719 • (520) 886-4159 • (520) 323-1193

PL 00003