# EXHIBIT A

Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Michael S. McCarthy, Admitted *Pro Hac Vice*, Michael.McCarthy@faegrebd.com
Todd P. Walker, Admitted *Pro Hac Vice*, Todd.Walker@faegrebd.com

Broening, Oberg, Woods & Wilson, P.C.
1122 East Jefferson Street
P.O. Box 20527
Phoenix, Arizona 85036
Telephone: (602) 271-7700
Facsimile: (602) 258-7785
James R. Broening/Bar No. 004036, jrb@bowwlaw.com
Robert T. Sullivan/Bar No. 022719, rts@bowwlaw.com

Attorneys for Defendant State Farm Fire and Casualty Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **ROSEMARY GUADIANA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STATE FARM FIRE AND CASUALTY COMPANY**<br><br>**Defendant.** | **No. CIV-07-326-TUC-FRZ**<br><br>**CERTIFICATION IN SUPPORT OF STATE FARM'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(c)** |

Pursuant to Local Rule 7.2(j), I, Todd P. Walker, certify that I conferred with Cory S. Fein to resolve the subject matter of this Motion, and that alternatives were offered by State Farm but rejected. Despite sincere efforts, we were unable to agree to a resolution.

*s/ Todd P. Walker*
Todd P. Walker

fb.us.8295850.01