# EXHIBIT B

JOSEPH W. WATKINS, PC
301 South Convent Avenue
Tucson, AZ 85701
Telephone: (520) 882-9115
Facsimile: (520) 882-7708
Joseph W. Watkins (*joewlaw@cox.net*) SBN 012403

MICHAEL A. CADDELL (pro hac vice)
CYNTHIA B. CHAPMAN (pro hac vice)
CORY S. FEIN (pro hac vice)
Caddell & Chapman
1331 Lamar, Ste. 1070
Houston, TX 77010
Telephone (713) 751-0400
Facsimile (713) 751-0906
(csf@caddellchapman.com)

Attorneys for Plaintiff Rosemary Guadiana

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| **ROSEMARY GUADIANA,** | ) | **NO. CIV-07-326-TUC-FRZ** |
| **Plaintiff,** | ) | |
| **v.** | ) | **PLAINTIFF CLASS'S FIRST SET OF POST-CERTIFICATION REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT** |
| **STATE FARM FIRE AND CASUALTY CO.** | ) | |
| **Defendant.** | ) | |

Plaintiff Rosemary Guadiana on behalf of the certified class ("Plaintiff" or "Guadiana"), pursuant to Federal Rule 34 hereby requests that Defendants produce for

inspection and copying the documents requested herein, which are in their possession, custody or control, within 30 days of service, by producing documents to counsel for Plaintiffs at their office listed below.

**SPECIFIC DEFINITIONS**

1. "Class Period" – means the period from July 11, 2003 until the present.

2. "Leak Claim" - means claims within State Farm's CSR database containing Comment Code "PL" (plumbing) or "FS" (foundation/slab), with Cause of Loss Code 37, denoting water-related loss.

3. "PB pipe" – means polybutylene pipe.

4. "PB System" - means a residential plumbing system that includes PB pipe.

5. "State Farm," "Defendant," "You" or "Your" – means State Farm Fire and Casualty Co., its successors, predecessors, divisions, subsidiaries, present and former officers, agents, employees, independent contractors, attorneys, accountants, and all other persons or entities acting on its behalf or under its control, whether directly or indirectly.

6. "Tear-Out Costs" – means costs covered by an insurance policy for tearing out and replacing any part of the building necessary to repair a system or appliance.

**GENERAL DEFINITIONS**

1. "And" – means and/or; similarly, "Or" means or/and.

2. "Any" – means any and all.

3. "Communication" or "Communications" – means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise), whether effected through oral, written, telephonic, electronic, or any other means, including through Documents.

4. "Concerning" – means, in whole or in part, directly or indirectly, referring to, relating to, connected with, commenting on, responding to, showing, describing, analyzing, reflecting, and constituting.

5. "Date" – means the exact date, month, and year, if ascertainable, or, if not, the best available approximation.

6. "Document" or "Documents" – means any and all writings and electronically stored information of any kind and shall include the original and each non-identical copy or draft thereof. The term Document shall also include every other means by which information is recorded or transmitted including, but not limited to, electronic email, Internet postings, tape recordings, video recordings, microfilms, punch cards, computer magnetic tape, computer disks, computer programs, storage tapes, printouts, data processing records, and the written information necessary to understand and use such information.

7. "File" – means any collection or group of documents maintained, held, stored, or used together, including, without limitation, all collections of documents maintained, held, or stored in folders, notebooks, or other devices for separating or organizing documents.

8. "Identify", "Identification," or "Identity" – have the following meanings:

a. when used in reference to a natural person it means to state the person's full name, current residence and business addresses, current residence and business telephone numbers and, if applicable, their title, dates of employment, and job description. If their current addresses are unknown, provide the last known business and residence address;

b. when used in reference to a document it means to state the type of document (e.g., letter, memorandum, telegram, chart, etc.), its author and originator, its date or dates, all addressees and recipients, and its present location or custodian. If any such document was but is no longer in your possession or subject to your control, state what disposition was made of it.

c. when used in reference to a legal entity, the structure of the business (i.e., corporation, partnership, sole proprietorship, association), a brief description of the nature of the business, and the business address and telephone number;

d. used in reference to real property, the full address, legal description of the property, the type of structure (e.g., commercial, single-family residential, multi-unit dwelling) and the number of units.

9. "Person" – means any natural person, corporation, firm, association, partnership, joint venture, proprietorship, governmental body, or any other organization, business, or legal entity, and all predecessors or successors-in-interest.

10. "Relating to", "Relates to", and "Relate to" – mean, without limitation, embodying, mentioning, or concerning, directly or indirectly, the subject matter identified in the request.

## GENERAL INSTRUCTIONS

1. All Documents shall be produced as they are kept in the usual course of business and organized and labeled to correspond with each request. Documents produced in response to a specific request need not be produced again provided they are being designated as being responsive to subsequent specific requests when they are first produced.

2. All Documents shall also be labeled so as to identify the specific Person or source from which the Document was obtained.

3. You are required to produce only the Documents which are in Your possession, custody or control, including (by way of illustration only and not limited to) Documents in the possession, custody or control of You or Your affiliates; or Your merged and acquired predecessors; Your present and former directors, officers, partners, Employees, accountants, attorneys or other agents; Your present and former independent contractors over which You have control; and any other Person acting on Your behalf.

4. If You withhold any Documents requested herein on grounds of privilege, work-product or otherwise, identify the specific grounds upon which Your objection

is based and the particular request to which You objected, and identify any withheld Documents or portion(s) thereof as follows:

a. Its date;

b. The identity of its author and/or signatory;

c. The type of Document it is (e.g., letter, chart, memorandum, etc.);

d. A summary of its contents, or the nature of the Document;

e. Its present location and custodian; and

f. A listing of all Persons identified as recipients and any other Persons who are known to or believed to have received copies of it.

5. Notwithstanding the assertion of any objection, any purportedly privileged Document containing non-privileged material must be disclosed, with the purportedly privileged portion excised. All excised material from a Document should be identified as set forth in paragraph (4) above.

6. If any otherwise responsive Document was, but is no longer in existence or in Your possession, custody or control, identify its current or last known custodian, the location/address of such Document, and describe in full the circumstances surrounding its disposition from Your possession or control.

7. If a Document was prepared in several copies, or if additional copies were thereafter made, and if any such copies were not identical or are no longer identical by reason of subsequent notation or modification of any kind whatsoever, including,

without limitation, notations on the front or back of the Document, such non-identical copies must be produced.

8. Any Documents which must be removed from their original folders, binders, covers or containers to be produced shall be identified in a manner so as to clearly specify where such Documents originated.

9. All electronically stored information ("ESI") should be produced in its native format in a form that includes all metadata. However, if the native format of the ESI is not readable with generally available software, it should be produced in a reasonably readable and searchable format which preserves all metadata.

## **SPECIFIC INSTRUCTIONS**

1. All requests are limited to documents relevant to insurance policies covering real property located in Arizona which was insured by Defendant.

## **REQUESTS FOR PRODUCTION**

1. All Claim Files involving any Leak Claim of Jason Winsky, 7510 E. Harbor Dr., Tucson AZ 85715.

RESPONSE:

2. All Claim Files involving any Leak Claim of any person or entity which State Farm has identified as a member of the class certified in this case.

RESPONSE:

3. All Claim Files involving any Leak Claim of any person or entity which State Farm has identified as involving a plumbing system which is believed to include PB pipe.

RESPONSE:

4. All Claim Files involving any Leak Claim of any person or entity which State Farm believes is possibly a member of the class certified in this case.

RESPONSE:

5. All Claim Files involving leak claims of persons whom State Farm has identified may be members of the class certified in this case.

RESPONSE:

6. All documents relating to State Farm's policies, or internal communications, regarding whether or not to insure property with PB pipe.

RESPONSE:

7. All documents relating to State Farm's policies, or internal communications, regarding whether or not to insure property with PB pipe, when the property has experienced a prior leak.

RESPONSE:

8. All documents relating to State Farm's policies, or internal communications, regarding whether or not to renew insurance policies on property with PB pipe.

RESPONSE:

9. All documents relating to State Farm's policies, or internal communications, regarding whether or not to renew insurance policies on property with PB pipe that have experienced a prior leak.

RESPONSE:

10. All documents regarding changes in State Farm's practices and procedures as a result of this Court's rejecting State Farm's position that exclusions in State Farm's policy limit the Tear-Out coverage for leaking plumbing systems.

RESPONSE:

11. All documents regarding changes in State Farm's practices and procedures as a result of this Court's rejecting State Farm's position that the Tear-Out provision only covers costs to access the leaking portion of a plumbing system, regardless of whether repair of the plumbing system requires accessing portions of the plumbing system other than just the leaking portion.

RESPONSE:

12. All documents that support State Farm's position that PB Systems are still believed to be acceptable for installation in Arizona residences in the plumbing industry today.

RESPONSE:

13. All documents that support State Farm's position that patching or otherwise repairing only the leaking portion of a PB System is considered to be an adequate way of repairing the PB System.

RESPONSE:

14. All documents that reference entities that currently, or in the past ten years, have installed PB Systems in Arizona residences.

RESPONSE:

15. All documents that support State Farm's position that entities currently, or in the past ten years, have installed PB Systems in Arizona residences.

RESPONSE:

16. All documents relating to any communications between State Farm and State Farm insureds regarding the class notice in this case.

RESPONSE:

Dated January 5, 2012

Respectfully submitted,

/s/ Cory S. Fein

**Caddell & Chapman, P.C.**
Michael A. Caddell
Cynthia B. Chapman
Cory S. Fein
1331 Lamar, Suite 1070
Houston, TX 77010-3027
(713) 751-0400
(713) 751-0906 FAX

ATTORNEY-IN-CHARGE FOR PLAINTIFF

**JOSEPH W. WATKINS, PC**
301 South Convent Avenue
Tucson, Arizona 85701
Telephone (520) 882-9115
Facsimile: (520) 882-7708
Joseph W. Watkins (*joewlaw@cox.net*) SBN 012403

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2012, the foregoing document was served by electronic transmission to the counsel listed below.

Michael S. McCarthy (Michael.McCarthy@faegrebd.com)
Todd P. Walker (Todd.Walker@faegrebd.com)
Stephen A. Wichern (Stephen.Wichern@faegrebd.com)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

James Broening (jrb@bowwlaw.com)
Robert T. Sullivan (rts@bowwlaw.com)
Broening, Oberg, Woods & Wilson, P.C.
1122 East Jefferson St.
P.O. Box 20527
Phoenix, AZ 85036
Telephone: (602) 271-7703
Facsimile: (602) 258-7785

/s/ Cory S. Fein
Cory S. Fein