# EXHIBIT C

Michael A. Caddell (pro hac vice)
mac@caddellchapman.com
Cynthia B. Chapman (pro hac vice)
cbc@caddellchapman.com
Cory S. Fein (pro hac vice)
csf@caddellchapman.com
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston TX 77010-3027
(713) 751-0400
(713) 751-0906 FAX

(Additional Counsel on Signature page)

*Attorneys for Plaintiff Rosemary Guadiana*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| ROSEMARY GUADIANA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY CO.,<br><br>Defendant. | No. CIV-07-326-TUC-FRZ (GEE) |

**PLAINTIFFS' NOTICE OF FED. R. CIV. P. 30(b)(6) DEPOSITION TO DEFENDANT STATE FARM FIRE AND CASUALTY CO**

PLEASE TAKE NOTICE that Plaintiff, on behalf of the certified class, will take the deposition(s) upon oral examination of State Farm Fire and Casualty Co. ("State Farm"), pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

The deposition(s) shall commence on February 22, 2012 at 9:30 a.m. at the offices of Broening Oberg Woods & Wilson, 1122 East Jefferson St., Phoenix AZ 85034 and shall continue from day to day (weekends and holidays excepted) until completed. The deposition(s)

shall be videotaped, as well as stenographically recorded, by a duly certified court reporter qualified and authorized to administer oaths. Pursuant to Fed. R. Civ. P. 30(b)(6), State Farm shall designate one or more officers, directors, managing agents, or other persons to testify on its behalf regarding the topics set forth in Schedule A attached hereto.

**SCHEDULE A**

## I. DEFINITIONS

Notwithstanding any definition stated below, each word, term, or phrase used in this Notice of Deposition is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure. The following terms shall have the meanings set forth below whenever used in any Definition, Instruction or Subject Area.

1. The terms “and” as well as “or” shall be read in the disjunctive, conjunctive, or both, as the case may be, consistent with an interpretation that results in the more extensive answer.

2. The term “any” means any and all.

3. The term “person” includes the plural and the singular and includes without limitation any natural person, alive or deceased, any corporation, organization, partnership, joint venture, sole proprietorship, other business entity or association, foundation, trust and any government or governmental body, commission, department, committee, board or agency.

4. The term “State Farm,” “You” or “Your” means State Farm Fire and Casualty Co., and all its officers, directors, members, principals, employees, agents, representatives, subsidiaries, parents, affiliates, acquisitions, successors or predecessors, all persons acting on its behalf, and any and all persons associated with, affiliated with, or controlled by it.

5. "Tear-Out Costs" – means costs covered by an insurance policy for tearing out and replacing any part of the building necessary to repair a system or appliance.

## II. INSTRUCTIONS

1. Any noun used in the singular form shall be construed and applied so as to include the plural form also, and vice versa.

2. Each Subject Area shall be construed independently, and no Subject Area shall be viewed as limiting the scope of any other Subject Area.

3. Each Subject Area shall be limited to policies and procedures applicable to insured property in Arizona.

## III. SUBJECT AREAS

1. Any changes to State Farm's policies and procedures regarding repairs to, or involving, plumbing systems that include polybutylene pipe, which changes were made in the past four years.

2. Any changes to State Farm's policies and procedures regarding the payment of tear-out costs in repairs to, or involving, plumbing systems that include polybutylene pipe, which changes were made in the past four years.

3. State Farm's policy for asserting subrogation claims for damages caused by leaking plumbing systems that include polybutylene pipe.

4. State Farm's policy for issuing and/or renewing insurance policies for structures that have plumbing systems that include polybutylene pipe.

5. State Farm's policy for issuing and/or renewing insurance policies for structures that have experienced leaks in plumbing systems that include polybutylene pipe.

6. Payments made to State Farm's insureds, for claims made on property in Arizona during the last ten years, which payments were to compensate insureds for Tear-Out Costs.

7. Communications made by State Farm to its insureds explaining to them the Tear-Out Cost coverage provided by their insurance policies, specifically including communications to insureds not represented by counsel or a public adjuster.

Dated: January 25, 2012

Respectfully submitted,

/s/ Cory S. Fein
Michael A. Caddell (admitted pro hac vice)
Cynthia B. Chapman (admitted pro hac vice)
Cory S. Fein (admitted pro hac vice)
csf@caddellchapman.com
CADDELL & CHAPMAN, P.C.
1331 Lamar, Suite 1070
Houston TX 77010-3027
(713) 751-0400
(713) 751-0906 FAX

ATTORNEY-IN-CHARGE FOR PLAINTIFF

LAW OFFICES OF JOSEPH W. WATKINS, P.C.
Joseph W. Watkins
6303 E. Tanque Verde, Suite 210
Tucson AZ 85715-3859
Telephone (520) 882-9115
Facsimile: (520) 882-7708
Joseph W. Watkins (joewlaw@cox.net) SBN 012403
COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2012, the foregoing document was served by email (as per the parties' agreement) on the counsel listed below.

Michael S. McCarthy
michael.mccarthy@FaegreBD.com
Todd P. Walker
Todd.Walker@FaegreBD.com
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln St.
Denver, CO 80203-4532
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

James Broening
jrb@bowwlaw.com
Robert T. Sullivan
rts@bowwlaw.com
Broening, Oberg, Woods & Wilson, P.C.
1122 East Jefferson St.
Phoenix, AZ 85036
Telephone: (602) 271-7703
Facsimile: (602) 258-7785

/s/ Cory S. Fein
Cory S. Fein