IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosemary Guadiana, | ) No. 07-326-TUC-FRZ |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| State Farm Fire and Casualty Company, | ) |
| Defendant. | ) |

Plaintiff Rosemary Guadiana filed this class action for coverage under her homeowner's insurance policy with Defendant State Farm Fire and Casualty Company, alleging Defendant breached the policy by failing to pay the costs incurred in tearing out and replacing the part of the structure necessary to replace the polybutylene ("PB") piping after Plaintiff sustained water damage caused by a leak in the PB plumbing system in her home.

Pending before the Court for consideration are Defendant's Motion for Summary Judgment (Doc. 246) and Motion to Decertify Class (Doc. 248).

Also reflected as pending is Defendant's Objections to the Magistrate Judge's Order Denying State Farm's Motion to Exclude the Testimony of Daniel Johnston (Doc. 250) and Plaintiff's Motion for Final Judgment (Doc. 276).

This matter is referred to Magistrate Judge Leslie A. Bowman for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2 of the Rules of Practice of the United States District Court for the District of Arizona.

1    Magistrate Judge Bowman issued a Report and Recommendation (Doc. 266) on
2  February 19, 2014, recommending that the Defendant's motion for summary judgment be
3  denied, finding that the evidence is such that a reasonable trier of fact could find for the
4  Plaintiff, and that a question of material fact exists regarding whether Defendant's were
5  required to completely replace the polybutylene piping in Plaintiff's home.

6    Magistrate Judge Bowman further issued a Report and Recommendation (Doc. 270)
7  on March 13, 2014, recommending this Court deny Defendant's motion to decertify the class
8  pursuant to Rule 23, Fed.R.Civ.P., finding that the Court carefully considered the nature of
9  the damages each class member might have suffered based on Plaintiff's breach of contract
10 theory and that such damages suffered by the class members stem directly from Defendant's
11 alleged breach, finding the Supreme Court decision, *Comcast Corp. v. Behrend*, 133 S.Ct.
12 1426 (2013), upon which Defendant bases its argument to revisit the issue of class
13 certification, inapposite.

14   The Reports and Recommendations provide a thorough analysis of the facts and issues
15 presented and the applicable legal standards under the Federal Rules of Civil Procedure in
16 reviewing a motion for summary judgment pursuant to Rule 56, and in considering class
17 certification pursuant to Rule 23(a) and (b)(2) and (3).  Also set forth by Magistrate Judge
18 Bowman in the Reports and Recommendations at bar is the procedural background of this
19 case, including the Court's previous denials of Defendant's motion to dismiss, initial motion
20 for summary judgment, the denial of Plaintiff's original motion to certify a nationwide class,
21 the granting of Plaintiff's second motion for Arizona-only class certification and the partial
22 granting of Plaintiff's request for summary judgment.

23   The Court, after considering all matters presented, including the motions, responses
24 in opposition, replies, the Reports and Recommendations, objections, responses and replies
25 thereto, shall accept as the findings of fact and conclusions of law the Reports and
26 Recommendations of the  Magistrate Judge.

27   The Court finds the Report and Recommendation of the Magistrate Judge to deny
28 Defendant's motion to decertify the class well reasoned and further finds no basis to disturb

the Court's ruling regarding Arizona class certification set forth in its Order adopting the Report and Recommendation of Magistrate Judge Edmonds and thereby granting Plaintiffs' Motion for Certification of an Arizona-Only Class. (Doc. 145)[1] The Court's ruling on Plaintiff's Motion for Class Certification of an Arizona-Only Class was issued upon review of all matters presented, including the objections to the Report and Recommendation (Doc. 139) and the objections, responses and reply thereto.

In regard to Defendant's Objections to the Magistrate Judge's Order Denying State Farm's Motion to Exclude the Testimony of Daniel Johnston, in which Defendant "submits that the Court should set aside the Magistrate Judge's Order as clearly erroneous and contrary to law under Rule 72(a) and should grant State Farm's motion to exclude the testimony of Daniel Johnston in its entirely," the Court finds, following review of Defendant's objection, and the response, reply and surreply thereto, that Magistrate Judge Bowman did not err, nor is there any legal basis to set aside the Order (Doc. 249) denying Defendant's motion to exclude the testimony of Plaintiff's expert witness, Daniel Johnston.

The Court, also having reviewed the November 3, 2014 Report and Recommendation issued by Judge Bowman on Plaintiff Motion for Final Judgment (Doc. 285), to which no objections have been filed, shall adopt and accept the recommendation to deny Plaintiff's request for an entry of final judgment.

Based on the foregoing and upon consideration of all matters presented,

**IT IS HEREBY ORDERED** that Magistrate Judge Bowman's Report and Recommendation (Doc. 266) is hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court; accordingly

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Doc. 246) is **DENIED**;

---

[1]The United States Court of Appeals for the Ninth Circuit denied Defendant's petition for permission to appeal this Court's March 31, 2011 order granting class action certification. (Doc. 160).

1   **IT IS FURTHER ORDERED** that Magistrate Judge Bowman's Report and

2   Recommendation (Doc. 270) is hereby **ACCEPTED** and **ADOPTED** as the findings of fact

3   and conclusions of law by this Court; accordingly

4   **IT IS FURTHER ORDERED** that Defendant's Motion to Decertify Class  (Doc.

5   248) is **DENIED**;

6   **IT IS FURTHER ORDERED** that Defendant's Objections to the Magistrate Judge's

7   Order Denying State Farm's Motion to Exclude the Testimony of Daniel Johnston (Doc. 250)

8   are considered and the Magistrate Judge's Order is affirmed;

9   **IT IS FURTHER ORDERED** that Magistrate Judge Bowman's Report and

10  Recommendation (Doc. 285) is hereby **ACCEPTED** and **ADOPTED** as the findings of fact

11  and conclusions of law by this Court; accordingly

12  **IT IS FURTHER ORDERED** Plaintiff's Motion for Final Judgment (Doc. 276) is

13  **DENIED**;

14  **IT IS FURTHER ORDERED** that this case is deemed ready for trial.

15  **IT IS FURTHER ORDERED** that the reference to Magistrate Judge Bowman is

16  hereby withdrawn.

17  **IT IS FURTHER ORDERED** that a **Pretrial Conference is set for Thursday,**

18  **March 12, 2015 at 10:00 a.m.**

19  **IT IS FURTHER ORDERED** that the parties shall file a proposed Joint Pretrial

20  Order **on or before January 30, 2015**, which shall include, but not be limited to, that

21  prescribed in the form of Joint Pretrial Order attached;

22  **IT IS FURTHER ORDERED** that any motions in limine shall be filed **on or before**

23  **January 30, 2015**, the date for filing the proposed Joint Pretrial Order; any response shall

24  be filed within 10 days of the filing date of a motion.  Motions in limine and responses

25  thereto are limited to five (5) pages.  No replies are permitted.

26  **IT IS FURTHER ORDERED** that a firm trial date shall be set at the Pretrial

27  Conference;

28  . . . .

**IT IS FURTHER ORDERED** that the parties shall file a Request for Pretrial Settlement Conference, if they wish to pursue settlement, at which time this matter will be referred to Honorable Bruce G. Macdonald, United States Magistrate Judge, for impartial settlement negotiations.

DATED this 30th day of December, 2014.

Frank R. Zapata
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| *, | No. CV *-*-TUC-FRZ |
| Plaintiff(s), | **PROPOSED JOINT PRETRIAL ORDER** |
| vs. | |
| *, | |
| Defendant(s). | |

The following is the proposed Joint Pretrial Order which shall, upon approval of the Court, become the Final Pretrial Order.

## I.

## IDENTIFICATION OF PARTIES AND COUNSEL

## II.

## STATEMENT OF JURISDICTION

Briefly state the facts and cite the statutes which give this Court jurisdiction.

## III.

## NATURE OF ACTION

Provide a concise statement of the  cause of action, and the relief sought.

## IV.

## STIPULATIONS AND UNCONTESTED FACTS

# V.

## CONTESTED ISSUES OF FACT

The following are issues of fact to be tried and determined upon trial.  Each issue of fact must be stated separately and in specific terms, followed by the parties' contentions as to each issue.

Issue:
Plaintiff(s) contends:
Defendant(s) contends:

# VI.

## RELEVANT UNCONTESTED ISSUES OF LAW

(i.e. burdens of proof; standards of review)

# VII.

## RELEVANT UNCONTESTED ISSUES OF LAW

The following are issues of law to be tried and determined upon trial.  Each issue of law must be stated separately and in specific terms, followed by the parties' contentions as to each issue.

Issue:
Plaintiff(s) contends:
Defendant(s) contends:

# VIII.

## LIST OF WITNESSES

Each party shall provide a list of witnesses intended to be called at trial.  Each witness shall be indicated as either fact or expert.  A brief statement as to the testimony of each expert witness shall also be included.

# IX.

## LIST OF EXHIBITS

Each party shall provide a list of numbered exhibits.  A statement of either UNCONTESTED or CONTESTED shall follow each listed exhibit.

1   If contested, a brief statement of the objection by the opposing party shall follow the
2   listed exhibit.

3   ## X.

4   ## LIST OF DEPOSITIONS

5   Portions of depositions that will be read at trial must be listed by page and line
6   number.   A statement of either UNCONTESTED or CONTESTED shall follow.   If
7   contested, a brief statement of the objection by the opposing party shall follow the listed
8   portion of the deposition to be offered.

9   ## XI.  MOTIONS IN LIMINE

10   Plaintiff(s) have filed the following Motions in Limine:

11   Defendant(s) have filed the following Motions in Limine:

12

13   ## XII.  JURY TRIAL or BENCH TRIAL

14   ### For a Jury Trial

15   Trial briefs (only upon request of the Court), proposed voir dire, interrogatories to the
16   jury, stipulated jury instructions and instructions which are not agreed upon, shall be filed
17   10 days prior to Trial.

18   ### For a Bench Trial

19   Trial briefs (only upon request of the Court), shall be filed 10 days prior to Trial.
20   Parties are referred to LRCiv 52.1 regarding the filing of proposed findings of fact and
21   conclusions of law.

22   ## XIII.  PROBABLE LENGTH OF TRIAL

23

24   ## CERTIFICATION

25   The undersigned counsel for each of the parties in this action do hereby approve and
26   certify the form and content of this proposed Joint Pretrial Order.

27

28   _____          _____
     Attorney for the Plaintiff(s)                 Attorney for the Defendant(s)

1          This proposed Joint Pretrial Order is hereby approved as the Final Pretrial Order on

2    this ____day of _____, 2015.

3

4                                          _____

5                                          Frank R. Zapata
                                      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28